FILED

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0354

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0354

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LEROY MICHAEL CHARLES,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 13, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2023